WK:VC
F. #2023R00955

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
\* JANUARY 17, 2024 \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

JOSEPH GRUNWALD,

        Defendant.

------------------------------X

I N D I C T M E N T

Cr. No. 24-CR-19

(T. 18, U.S.C., §§ 2422(b), 2428(a), 2660A and 3551 et seq.; T. 21, U.S.C., § 853(p))

Judge Nina R. Morrison
Magistrate Judge Joseph A. Marutollo

THE GRAND JURY CHARGES:

COUNT ONE
(Interstate Coercion and Enticement of a Minor)

1.    In or about and between April 2023 and June 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSEPH GRUNWALD, using one or more facilities and means of interstate and foreign commerce, to wit: a mobile telephone, the internet and mobile internet applications, did knowingly and intentionally persuade, induce, entice and coerce an individual who had not attained the age of 18 years, to wit: a 14-year-old boy, to engage in sexual activity for which a person can be charged with a criminal offense, to wit: Forcible Touching, in violation of New York Penal Law Section 130.52.

(Title 18, United States Code, Sections 2422(b) and 3551 et seq.)

## COUNT TWO
(Offense by a Registered Sex Offender)

2. In or about and between April 2023 and June 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSEPH GRUNWALD, being required by Federal and other law, to wit: New York State law, to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Section 2422, to wit: the offense charged in Count One of this Indictment.

(Title 18, United States Code, Sections 2260A and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNT ONE

3. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2428(a), which requires the forfeiture of: (a) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense, and (b) any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense, including but not limited to the following assets, both seized on or about January 3, 2024 in Brooklyn, New York: (i) one Orbic cell phone model RC2200L, serial number RC2200L032005472; and (ii) one Galaxy S10E cell phone, IMEI number 354764100224933.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2428(a); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_By Carolyn Pokorny, Assistant U.S. Attorney_
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2023R00955
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JOSEPH GRUNWALD,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 2422(b), 2428(a), 2660A and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
Clerk

*Bail, $* _____

*Vincent Chiappini, Assistant U.S. Attorney (718) 254-6299*