# MINTUE ENTRY FOR ARRAIGNMENT PROCEEDING

**MAGISTRATE JUDGE:** Robert Levy  **DATE:** 1/29/2024
**CLERK:** Dadreamer Wright

| | |
|---|---|
| **DOCKET #:** 24-CR-19(NRM) | **LOG TIME:** 2:20pm-2:23pm |
| **DEFENDANTS NAME:** Joseph Grunwald | |
| __x__ Present  ____ Not Present  __x__ Custody  ____ Bail | |
| **DEFENSE COUNSEL:** Allegra Glashausser | |
| __x__ Court Appointed  __x__ Federal Defender  ____ CJA  ____ Retained | |
| **A.U.S.A:** Vincent Chiappini | |
| **INTERPRETER:** | **Language:** |
| Defendant arraigned on the: ___ Complaint  _x_ Indictment  ___ Superseding Indictment  ___ Probation Violation. | |
| __x__ Defendant pleads NOT GUILTY to ALL counts. | |
| ____ Government Agent Sworn | ____ Rule 5f warnings given to the govt. |
| ____ DETENTION HEARING Held. | ____ Defendants first appearance. |
| ____ BAIL HEARING Held. | |
| ____ Bond set at _____ | Defendant ___ released ___ held pending satisfaction of bond conditions. |
| ____ Defendant advised of bond conditions set by the Court and signed the bond. | |
| ____ Surety/ies sworn, advised of bond obligations by the Court and signed the bond. | |
| ____ (Additional) surety/ies to co-sign bond by _____ | |
| ____ After hearing, Court orders detention in custody.  ____ Leave to reopen granted. | |
| ____ Temporary Order of Detention Issued. | ____ Bail Hearing set for _____ |
| ____ Preliminary Hearing set for | ____ Preliminary Hearing waived by defendant |
| ____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned. | |
| __X__ Order of Excludable Delay/Speedy Trial entered.  Start Date: 1/29/24  End Date: 2/29/24 | |
| ____ Removal (Rule 5) Proceeding held. To the district of | |
| ____ Identity hearing held | **Court** ___ Orders removal  ___ Denies Removal |
| ____ Defendant waives Identity hearing | ____ Defendant waives Preliminary hearing |
| ____ No bail application presented to the court. Commitment to the District entered. | |
| ____ Medical memo issued. | |
| ____ Defendant failed to appear; bench warrant issued. | |
| __x__ Status conference set for 2/29/2024 @ 11:30am before District Judge: Morrison | |

**Other Rulings:**