

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| WK:VC | *271 Cadman Plaza East* |
| F. #2023R00955 | *Brooklyn, New York 11201* |

April 25, 2024

<u>By E-Mail and ECF</u>

Allegra Glashausser, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
allegra_glashausser@fd.org

          Re:    United States v. Joseph Grunwald
                <u>Criminal Docket No. 24-19 (NRM)</u>

Dear Counsel:

Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production supplements the government's previous disclosure on March 20, 2024. The discovery is being provided to you via USAfx. Please promptly download the materials and confirm in writing to the government that you were able to do so. The government also requests reciprocal discovery from the defendant.

The government discloses pursuant to Rule 16(a)(1):

- JG_000001T - JG_000003T: A translation of text messages between the defendant and the victim described in the indictment (hereinafter "Child Victim-1"), which were previously produced in untranslated form with the Bates numbers JG_000001 - JG_000003

- JG_000004T - JG_001874T: A translation of Telegram messages between the defendant and Child Victim-1, which were previously produced in untranslated form with the Bates numbers JG_000004 - JG_001874

- JG_001875T - JG_001977: A translation of TextNow messages between the defendant and Child Victim-1, which were previously produced in untranslated form with the Bates numbers JG_001875 - JG_001977

        Very truly yours,

        BREON PEACE
        United States Attorney

By:    /s/ Vincent Chiappini
        Vincent Chiappini
        Assistant U.S. Attorney
        (718) 254-6299

Enclosure

cc: Clerk of the Court (NRM) (without enclosure)