# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Lois Bloom          DATE:  7/15/24

DOCKET NUMBER:  24CR19(NRM)          LOG#: 11:28- 11:31

DEFENDANT'S NAME:  Joseph Grunwald
✓ Present     ___ Not Present     ✓ Custody     ___ Bail

DEFENSE COUNSEL:  Allegra Glashausser
✓ Federal Defender     ___ CJA     ___ Retained

A.U.S.A:  Michael Castiglione          CLERK:  Felix Chin

INTERPRETER: _____  (Language) _____

Defendant arraigned on the: ___ indictment  ✓ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop_____

___ Rule 5f warnings given to the govt.  ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 8/6/24 @ 10:30 before Judge Morrison

Other Rulings: _____