MJC
F. #2023R00955

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ X

UNITED STATES OF AMERICA

    - against –                                        24-CR-19 (NRM)

JOSEPH GRUNWALD,

        Defendant.

------------------------------------------------ X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Michael J. Castiglione from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Michael J. Castiglione
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East
> Brooklyn, New York 11201
> Tel:  (718) 254-7533
> Email: michael.castiglione@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Michael J. Castiglione at the email address set forth above.

Dated:    Brooklyn, New York
           August 5, 2024

                                                  Respectfully submitted,

                                                  BREON PEACE
                                                  United States Attorney

                                  By:    /s/ Michael J. Castiglione
                                                  Michael J. Castiglione
                                                  Assistant U.S. Attorney

cc:      Clerk of the Court (NRM)