

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

PP:VC
F. #2023R00955

*271 Cadman Plaza East
Brooklyn, New York 11201*

April 2, 2025

<u>By E-Mail and ECF</u>

Allegra Glashausser, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
allegra_glashausser@fd.org

        Re:    <u>United States v. Joseph Grunwald</u>
                <u>Criminal Docket No. 24-19 (NRM) (S-1)</u>

Dear Counsel:

      Enclosed please find additional discovery. The discovery is being provided to you via USAfx. Please download it promptly and confirm in writing that you have done so.

      The government discloses cell-site location information received pursuant to a search warrant (No. 24-MC-37) which shows the defendant's location on the day of his arrest, bearing Bates numbers JG_005783-JG_005784. This information was used solely to locate the defendant, and the government does not intend to introduce it at trial.

The government reiterates its requests for reciprocal discovery.

Very truly yours,

JOHN J. DURHAM
United States Attorney

By: /s/ Vincent Chiappini
Vincent Chiappini
Michael Castiglione
Assistant U.S. Attorneys
(718) 254-6299/7533

Enclosures

cc: Clerk of the Court (NRM) (without enclosure)