U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

PP:VC
F. #2023R00955

April 22, 2025

By ECF

The Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Joseph Grunwald
> Criminal Docket No. 24-19 (NRM)

Dear Judge Morrison:

    The government writes to respectfully request that the status conference in the above-captioned matter scheduled for April 23, 2025 be adjourned. The requested adjournment would provide time for ongoing plea negotiations and accommodate conflicting case obligations for the undersigned Assistant U.S. Attorneys. This is the first request to adjourn this status conference. Defense counsel consents to the requested adjournment. The parties are available on the following dates (all in 2025): June 2-4, June 9-11, June 12 after 12:30pm and June 16-20.

    The government also respectfully requests an order of excludable delay from April 23, 2025 until the date of the newly scheduled status conference. The exclusion of time would allow the parties to engage in plea negotiations and would serve the ends of justice. See 18 U.S.C. § 3161(h)(7). The defendant consents to this exclusion of time.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By: /s/ Vincent Chiappini
Michael Castiglione
Vincent Chiappini
Assistant U.S. Attorney
(718) 254-7533/6299

Cc: Clerk of Court (NRM) (via ECF and e-mail)
Allegra Glashausser, Esq. (via ECF and e-mail)