UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,    :    24-CR-00019 (NRM)

     -against-    :    United States Courthouse
          :    Brooklyn, New York

JOSEPH GRUNWALD,    :

         :    August 6, 2024
     Defendant.    :    10:30 a.m.

- - - - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
BEFORE THE HONORABLE NINA R. MORRISON
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

For the Government:     BREON PEACE, ESQ.
        United States Attorney
        Eastern District of New York
           271 Cadman Plaza East
           Brooklyn, New York 11201

        BY:  MICHAEL JOSEPH CASTIGLIONE, ESQ.
           Assistant United States Attorney

For the Defendant:     FEDERAL DEFENDERS OF NEW YORK
           One Pierrepont Plaza
           16th Floor
           Brooklyn, NY 11201

        BY:  ALLEGRA W. GLASHAUSSER, ESQ.

Court Reporter:     JAMIE ANN STANTON, RMR, CRR, RPR
        225 Cadman Plaza East
        Brooklyn, New York 11201
        Telephone: (718) 613-2274
        E-mail: JamieStanton.edny@gmail.com

Proceedings recorded by computerized stenography. Transcript produced by Computer-aided Transcription.

(In open court.)

THE COURTROOM DEPUTY: Criminal cause for a status number for case number 24-CR-19, USA v. Joseph Grunwald.

Counsel, please state your appearance for the record, starting with the Government.

MR. CASTIGLIONE: Good morning, Your Honor. Michael Castiglione for the Government.

THE COURT: Good morning.

MS. GLASHAUSSER: Good morning, Your Honor. Allegra Glashausser representing Mr. Grunwald, who is seated next to me.

THE COURT: Good morning.

Good morning, Mr. Grunwald. I see your parents are here. After we are done here today, if you would like to spend a little time visiting with them at the bar, you're welcome to do so. Just remember the rules as always are no physical contact, so you can speak with them, but, for security reasons, no physical contact.

We are here for a status conference in this matter which I believe is also the first status conference since the superseding indictment was filed back in July. So let me hear from the parties on where things stand.

MR. CASTIGLIONE: Yes, Your Honor.

As Your Honor is aware, the superseding indictment was issued last month. The Defendant has already been

arraigned on that indictment in front of the magistrate judge on duty.

With respect to plea negotiations, they are ongoing. I think the biggest issue is that I think the defense would like an opportunity to prepare and make a mitigation submission to our office. I think that's going to take some time to put together, especially given the new charges and the mandatory minimums involved. And so obviously the Government is open to that and I guess that's probably the next step with respect to plea negotiations.

With respect to discovery, a lot of discovery has been provided, but there is some discovery to produce, a significant amount. There are a number of devices that were seized in this case and the agents are still going through them. A lot of the communications are in Yiddish, so it's fairly slow-going, and when we do find things that are relevant, we have to translate them and then produce them. So discovery is ongoing. And we're producing on a rolling basis as we get through everything, but the Government does still need a little bit more time to finish the Rule 16 discovery productions.

THE COURT: And this is with respect to both sets of charges or where are you in terms of -- I know it's hard to sometimes put a number on it, but relative completion with the first set of charges versus the superseding

indictment?

MR. CASTIGLIONE: Sure. I actually think that the charges, the newer charges, I think, probably in the next couple of weeks, we will produce that. But obviously we have the devices and we have to review them for a number of reasons, so you find things on there that maybe we didn't know about, obviously there could be *Brady* material or something that should be produced, so -- but with respect to what we know about today and getting the translations done and getting them produced, probably in the next couple weeks we'll produce that, but obviously there could be some additional discovery as we get through all of those devices.

THE COURT: Okay.

MR. CASTIGLIONE: And so that is really where we are. I believe that what defense counsel and the Government are going to suggest that we come back on November 7th at 10:30 a.m. and, in the meantime, the Government can continue to make discovery productions and the defense can also have an opportunity to work on and hopefully submit a mitigation submission as soon as they are able to do so.

THE COURT: All right.

Ms. Glashausser?

MS. GLASHAUSSER: That's all correct.

THE COURT: Okay. All right. So I think that's fine. I know that my understanding is when these mitigation

packets are submitted, they have to go through a committee and so there is some time on both ends, yours to prepare it and yours to review it and your offices to discuss it.

So Mr. Grunwald, usually, I like to have more frequent conferences, especially for people like you who are being held in custody so that you know that things are moving with your case, but given how much there still is to do in terms of the discovery and getting everything translated, I know your lawyer is going to be in touch with you about progress. You should rest assured, I know she'll be working very hard on your case. I think it probably wouldn't be worth your time and everyone's time to bring you back before the 7th of November, but if you have a concern or anything comes up and you think it would be helpful to hear from me, either party is always welcome to schedule a status conference and we will have you brought in. All right?

Anything else other than exclusion of time that either of you wishes to address before we adjourn?

MR. CASTIGLIONE: Nothing, Your Honor, other than for the purpose of plea discussions, to continue the mitigation submission as well as for the Government to make additional discovery productions and the defense having opportunity to review them, the Government moves to exclude time until the next conference.

THE COURT:  Any objection?

MS. GLASHAUSSER:  None, Your Honor.

THE COURT:  For the reasons stated by the Government, I find that in the interest of justice, time will be excluded until November 7th at 10:30 a.m.

All right.  We are adjourned.

Mr. Grunwald, you are welcome to go sit at the bar and your parents can come up to the second row so you can speak them with there for a few minutes.  I will wait here because I have no conference coming in.

MS. GLASHAUSSER:  Thank you, Your Honor.

(Matter adjourned.)

*       *       *       *       *

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Jamie Ann Stanton                    August 6, 2024
_____    _____
    JAMIE ANN STANTON                          DATE