# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

September 19, 2025

Judge Nina R. Morrison
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Grunwald*, 24-cr-19

Dear Judge Morrison,

Joseph Grunwald is a Hasidic Jew. As part of his religion, he must wear a yarmulke on his head, and a *tzitzi* on his body, under his clothes. On August 20, 2025, at Joseph Grunwald's last status conference, the Court permitted Mr. Grunwald to receive a new yarmulke and tzitzi from his rabbi, who was present in court. The U.S. Marshals present in the courtroom examined both and had no objection to Mr. Grunwald receiving them. In court, Mr. Grunwald took off his old yarmulke and put on his new one. The U.S. Marshals accepted the tzitzi and represented that Mr. Grunwald could change into it once he was out of the courtroom.

After leaving court, however, the U.S. Marshals took the yarmulke off of Mr. Grunwald's head. He was transported to MDC without anything covering his head and remained without any head covering throughout that day and into the next day. Mr. Grunwald was, understandably, extremely distressed. The U.S. Marshals also didn't never gave him the tzitzi. Instead, both the yarmulke and the tzitzi remained with the U.S. Marshals at the courthouse. As instructed by the U.S. Marshals, counsel subsequently picked up both items.

On August 21, 2025, Mr. Grunwald was issued a yarmulke at MDC. This one is made of thin, flimsy material that has already ripped and doesn't stay on his head. It falls off regularly, including every time there is even a light breeze, for example when he enters the recreation area. This too is causing him frequent distress.

I have communicated with the MDC legal department about this matter in an attempt to get permission through the legal department for Mr. Grunwald to receive

his yarmulke and tzitzi without involving the Court, but have been unable to reach any resolution. Prior to Mr. Grunwald receiving a new yarmulke in the courtroom, he had been wearing his own yarmulke – the same one he had when he first entered MDC. I have also reached out to the government, who stated that MDC's policy is that people can "retain approved religious items" when they are first admitted, but can't "receive these items from home." The government defers to MDC.

I am, therefore, writing to respectfully request that the Court issue a written order allowing Mr. Grunwald to receive and keep a yarmulke and tzitzi that will be provided to him by counsel in the courthouse (the same items that were provided in court on August 20, 2025). I also respectfully request that the Court set a brief in-person appearance as soon as practicable to ensure that Mr. Grunwald can receive both items at the courthouse. I have enclosed a proposed draft order with this letter.

Sincerely,
Allegra Glashausser
Assistant Federal Defender
(212) 417-8739

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,


       v.                                                    **ORDER**
                                                     24-cr-19

JOSEPH GRUNWALD
---------------------------------------------------------x
District Court Judge Nina R. Morrison:

To protect Joseph Grunwald's right to exercise his religion, he shall be

permitted to receive and wear a yarmulke and tzitzi that will be provided to him by his

counsel. The U.S. Marshals may inspect the yarmulke and tzitzi to verify that the

items are in fact the stated religious garments before Mr. Grunwald receives them.

After Mr. Grunwald receives the yarmulke and tzitzi, the U.S. Marshals and the

Metropolitan Detention Center shall <u>not</u> remove these religious items from Mr.

Grunwald, Register Number 93447-510.

                                                     **So Ordered.**


                                              _____
                                              Hon. Nina R. Morrison
                                              United States Distrct Judge

Dated:       September __, 2025
                 Brooklyn New York