# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

September 22, 2025

Judge Nina R. Morrison
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Grunwald*, 24-cr-19

Dear Judge Morrison,

At the parties' request, the Court set a briefing schedule for a motion related to whether Mr. Grunwald was subject to an enhanced mandatory minimum sentence if convicted under 18 U.S.C. § 2251. At the time, the parties believed an advance ruling on this matter would be helpful to their plea negotiations. On September 15, 2025, however, the government filed a letter relating to this motion, stating that, in the event the Court concluded that Mr. Grunwald was not subject to an enhanced mandatory minimum sentence, the government "might" appeal that ruling. The government also indicated that, even if the Court concluded that Mr. Grunwald was not subject to an enhanced mandatory minimum sentence, the government "may require" that Mr. Grunwald be warned at any guilty plea that a "potential higher mandatory minimum sentence" would be applicable if the government successfully appealed the sentence, and that Mr. Grunwald would not be able to withdraw his plea "in the event that a higher mandatory minimum sentence is found applicable after appellate review." Given the government's position on this matter, it no longer appears that a ruling on this issue at this time would be helpful to the parties' plea negotiations.

Therefore, I respectfully request that the Court suspend the current motion deadlines and allow the parties to continue with their plea negotiations and attempt to reach a plea agreement before continuing with motion practice. I have consulted with the government, who has no objection to this approach.

Sincerely,
Allegra Glashausser
Assistant Federal Defender
(212) 417-8739