# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

March 31, 2026

Judge Nina R. Morrison
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Grunwald*, 24-cr-19

Dear Judge Morrison,

I am writing to respectfully request that the Court adjourn Mr. Grunwald's status conference, currently scheduled for April 16, by approximately 30 days. The government consents to this request. The reason for this request is that the parties remain engaged in active plea negotiations. Both parties are still working in good faith to reach a resolution short of trial, but need additional time as explained below.

Mr. Grunwald is charged with counts carrying mandatory minimum sentences: enticement of a minor, two counts of sexual exploitation of a minor, and committing a sex offense while on the sex offender registry. Due to prior state convictions, for which Mr. Grunwald received a sentence of probation, the government believes his minimum sentence on the indictment is 45 years. Since the beginning of this case, the parties have been engaged in substantial plea negotiations. Among other things, the defense has submitted extensive mitigation packages, including three expert reports from a neuropsychologist, a doctor of social work, and a sex offender treatment specialist, who works specifically with the Orthodox Jewish community.

Additionally, since our last court date, Mr. Grunwald has started virtual sex offender treatment and is working with a therapist who focuses on culturally-specific treatment of Orthodox Jewish men, like Mr. Grunwald. Counsel is working on providing the government additional information about this treatment as part of plea negotiations. Because of the Passover holiday, which starts this Thursday and lasts for over a week, however, counsel doesn't anticipate being able to provide the government this supplemental information until after the Passover holiday.

At the same time, I also understand that the government is in the process of getting approval to provide Mr. Grunwald a written plea proposal that he will need

to consider.

 The reason for the current adjournment request, therefore, is to allow these plea negotiations to continue. For the reasons explained above, I respectfully request that the Court adjourn Mr. Grunwald's status conference by approximately 30 days and exclude time from the speedy trial clock between April 16 and the next scheduled date.

     Sincerely,
     Allegra Glashausser
     Assistant Federal Defender
     (212) 417-8739