**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

VC
F. #2023R00955

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 17, 2026

By ECF

The Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Joseph Grunwald
Criminal Docket No. 24-19 (NRM)

Dear Judge Morrison:

In anticipation of the Wednesday, August 19, 2026, change-of-plea hearing, the parties jointly write in response to the Court's inquiry as to whether the parties have agreed that the defendant would be serving three concurrent terms of supervision for each of his convictions, or whether the lifetime supervision term would be imposed for just one of the crimes of conviction. The parties agree that the plea agreement is silent on that question.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Vincent Chiappini
Vincent Chiappini
Assistant U.S. Attorney
(718) 254-6299

Cc: Clerk of Court (NRM) (via ECF and e-mail)
Allegra Glashausser, Esq. (via ECF and e-mail)