WK/ADW:VC
F. #2023R00955

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOSEPH GRUNWALD,

Defendant.

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 24-19 (S-2) (NRM)
(T. 18, U.S.C., §§ 2252(a)(2), 2252(b)(1), 2253(a), 2253(b), 2422(b), 2428(a) and 3551 et seq.; T. 21, U.S.C., § 853(p))

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Interstate Coercion and Enticement of a Minor – John Doe #1)

1. In or about and between April 2023 and June 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSEPH GRUNWALD, using one or more facilities and means of interstate and foreign commerce, to wit: a mobile telephone, the internet and mobile internet applications, did knowingly and intentionally persuade, induce, entice and coerce an individual who had not attained the age of 18 years, to wit: John Doe #1, an individual whose identity is known to the United States Attorney, to engage in sexual activity for which a person can be charged with a criminal offense, to wit: Forcible Touching, in violation of New York Penal Law Section 130.52.

(Title 18, United States Code, Sections 2422(b) and 3551 et seq.)

COUNTS TWO AND THREE
(Receipt of Child Pornography)

2. On or about the following dates, within the Eastern District of New York and elsewhere, the defendant JOSEPH GRUNWALD did knowingly and intentionally receive

one or more visual depictions, to wit: the digital videos and images depicted in the computer files described below, using one or more means and facilities of interstate and foreign commerce, and which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct:

| **Count** | **Approximate Date** | **File Name** |
|---|---|---|
| TWO | April 14, 2023 | 238023422089857.jpeg |
| THREE | May 11, 2023 | VID-20230511-WA0040.mp4 |

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNT ONE

3. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2428(a), which requires the forfeiture of: (a) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense; and (b) any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense, including but not

limited to the following assets, both seized by law enforcement on or about January 3, 2024, in Brooklyn, New York:

(i) one Motorola Moto G Pure cellular phone with IMEI 357902513260378; and

(ii) one Samsung Galaxy S10E cellular phone with IMEI 354764100224933.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2428(a); Title 21, United States Code, Section 853(p))

CRIMINAL FORFEITURE ALLEGATION
<u>AS TO COUNT TWO</u>

5. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count Two, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture of:

(a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from such offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to the following assets, both seized by law enforcement on or about January 3, 2024, in Brooklyn, New York:

(i) one Motorola Moto G Pure cellular phone with IMEI 357902513260378; and

(ii) one Samsung Galaxy S10E cellular phone with IMEI 354764100224933.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United States Code, Section 853(p))

By: Whitman G.S. Knapp, AUSA

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK